UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LIBBY HEWES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|          v. | ) | 1:21-cv-00125-JDL |
| | ) | |
| SAMANTHA PANGBURN, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER ON MOTION TO HOLD SUMMARY JUDGMENT PRE-FILING CONFERENCE**

On May 10, 2021, Plaintiff Libby Hewes filed a Complaint against a number of Defendants, including, among others, Benjamin Pushard, Samantha Pangburn, the Brewer School Department, Patrick Healy, and Healy Chiropractic, LLC (ECF No. 1). Hewes alleges that she was sexually assaulted by Pushard while she was a minor student in the Brewer School Department, and that multiple school administrators, employees, and other individuals knew or should have known of the abuse but failed to protect her.[1]

After the Court granted in part and denied in part motions to dismiss filed by various Defendants (ECF Nos. 49, 63), the Court issued a Scheduling Order setting deadlines for, among other things, the end of discovery, the designation of expert witnesses, the filing of notices of intent to file summary judgment motions, and the filing of dispositive motions (ECF Nos. 65). Magistrate Judge Karen Frink Wolf repeatedly amended the Scheduling Order to extend these deadlines, and, on

---

[1] Hewes amended her Complaint on June 18, 2021, to assert additional facts and claims for relief (ECF No. 4).

December 2, 2022, set deadlines of March 7, 2023, for the end of discovery; March 14, 2023, for the filing of summary judgment notices of intent; and March 28, 2023, for the filing of dispositive motions (ECF No. 100).

In early March 2023, Patrick Healy and Healy Chiropractic, LLC, filed a notice of intent to file a summary judgment motion (ECF No. 111), as did the Brewer School Department and Samantha Pangburn (ECF No. 112) and Libby Hewes (ECF No. 113). On March 13, 2023, due to Hewes's request to make a late designation of a new expert witness, the Magistrate Judge (1) extended the deadline to file notices of intent to move for summary judgment to June 21, 2023, and (2) extended the deadline for filing dispositive motions to July 5, 2023 (ECF No. 115).

On March 28, 2023, Defendants Healy Chiropractic, LLC, and Patrick Healy ("the Healy Defendants") filed a motion requesting that the Court schedule a summary judgment pre-filing conference (ECF No. 121). According to the Healy Defendants, they wish to move forward with their summary judgment motion notwithstanding the designation of Hewes's new expert witness and the enlargement of the relevant deadlines. The Healy Defendants note that they do not foresee that the late expert witness designation would affect the issues they intend to raise on summary judgment, and they further note that they "would like to proceed with their summary judgment motion now, rather than delay another several months." ECF No. 121 at 1-2. They accordingly request that the Court schedule a pre-filing conference to discuss this issue.

In response, Hewes states that she "has no objection, generally, but believes that it would likely make sense for all parties to engage in this process at the same time." ECF No. 120 at 1.

Taking into account all of the circumstances of this case, the efficient administration of justice calls for the Court to analyze the summary judgment record as a whole and to entertain the various arguments of all of the parties in a single, unified proceeding. Permitting the Healy Defendants to move for summary judgment prior to the other parties would unnecessarily complicate the Court's evaluation of the summary judgment record, the parties' assessments of the factual record, and the parties' various arguments. Bifurcated proceedings would also complicate the parties' ability to finalize joint stipulations of fact and the Court's overall management of the case. Therefore, holding a summary judgment pre-filing conference is unnecessary at this juncture, and the case will proceed in keeping with the schedule established by the Magistrate Judge's March 13, 2023, Order.

For those reasons, the Healy Defendants' Motion to Hold Summary Judgment Pre-Filing Conference (ECF No. 121), is **DENIED**.

**SO ORDERED.**

**Dated: May 18, 2023**

                                                        /s/ JON D. LEVY
                                         **CHIEF U.S. DISTRICT JUDGE**