**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| LIBBY HEWES ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | DOCKET NO.: 1:21-cv-00125-DBH |
| ) | |
| BENJAMIN PUSHARD, et al, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS SAMANTHA PANGBURN AND BREWER SCHOOL DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT & STATEMENT OF MATERIAL FACTS**

NOW COMES the Plaintiff Libby Hewes, by and through her attorneys WILLEY LAW OFFICES, and hereby submits her Motion for Enlargement of Time to File a Response to Defendants Samantha Pangburn and Brewer School Department's Motion for Summary Judgment and Statement of Material Facts, as follows:

1. The Plaintiff is requesting an additional 14-days in which to submit her Objection and Response to Defendants Motion for Summary Judgment filings.

2. Due to the complexities in this matter, as well as the fact that Plaintiff also is required to file a response to the Healy Defendants Motion for Summary Judgment filings, additional time is necessary to respond to the above-named Defendants' Motion for Summary Judgment.

3. Attorney Heweey has been contacted for her position regarding this motion, and has no objection to the same.

WHEREFORE, Plaintiff respectfully submits her Motion for Enlargement of Time to File her Response to Defendants Motion for Summary Judgment filings, as noted herein.

Dated at Bangor, Maine  /s/ Ezra A. R. Willey, Esq., #5025_____
October 17, 2023  Ezra A. R. Willey, Esq. (#5025)
 Attorney for Plaintiff
 WILLEY LAW OFFICES
 15 Columbia St., Ste. 501
 P. O. Box 924
 Bangor, ME 04402-0924

CERTIFICATE OF SERVICE

    I hereby certify and acknowledge that service of the above captioned Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment Filings, has been served on all parties and attorneys of record via the ECF system, as of this date, 10/17/2023.

| | |
|---|---|
| Dated at Bangor, Maine<br>October 17, 2023 | /s/ *Ezra A. R. Willey, Esq., #5025*<br>Ezra A. R. Willey, Esq. (#5025)<br>Attorney for Plaintiff<br>WILLEY LAW OFFICES<br>15 Columbia St., Ste. 501<br>P. O. Box 924<br>Bangor, ME 04402-0924 |