UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| LIBBY HEWES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:21-cv-00125-LEW |
| | ) | |
| BENJAMIN PUSHARD, et al | ) | |
| | ) | |
| Defendants. | ) | |

## <u>JUDGMENT & ORDER</u>

Pending before the Court is a request by Plaintiff Libby Hewes and Defendant Benjamin Pushard ("the parties") to approve a stipulated judgment and related terms. The parties, either in person, and/or through counsel, appeared before the Court on July 23, 2024, for a Settlement Conference (ECF No. 208). Upon review of the *Pierringer* Release and related settlement terms filed by the parties in support of their Proposed Stipulated Judgment (ECF Nos. 210, 210-1), the Court hereby approves the settlement between Plaintiff Libby Hewes and Defendant Benjamin Pushard, as follows:

1. The Court has been advised that the parties have entered into a *Pierringer* release, dated and executed on July 23, 2024 (the "Release"), with Exhibit A to the Release consisting of settlement terms. The Court has reviewed a copy of the executed Release and related settlement terms and finds that they form the basis for the Stipulated Judgment.

2. Furthermore, consistent with the Release and settlement terms, which include a release for Defendant Benjamin Pushard's parents and sibling who were previously named as

Defendants in this action, dismissal is granted pursuant to Fed. R. Civ. P. 41(a)(2), and said dismissal is entered as to fewer than all parties.

3. The Court finds that the parties stipulate to a judgment of $1 million dollars in favor of Plaintiff Hewes against Defendant Pushard. Defendant Pushard's obligation under this Stipulated Judgment is limited to the payments stated in the Release. When the payment obligations ($150,000.00) are complete, Defendant Pushard will be provided with a Satisfaction of Judgment on the Stipulated Judgment. The Court approves said Satisfaction of Judgment as an Order of the Court.

4. The Court entered a Consent Confidentiality Order on November 21, 2022 (ECF No. 94). That Order remains in full force and effect as other non-settling defendants may still be involved with litigation in this matter if Plaintiff files a Notice of Appeal involving any of those other non-settling defendants.

5. However, by agreement of the parties to this Stipulated Judgment, there is no "non-disclosure agreement" of the settlement terms; as a result, the Court will take no action in that regard, at this time.

6. Upon entry of this Judgment and Order, the matter is a final Judgment for the purposes of any appeal filings by Plaintiff.

SO ORDERED.

Dated this 26th day of July, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge