UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LIBBY HEWES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JACQUELINE PUSHARD, et al., )<br>)<br>Defendants. ) | Civil no. 1:21-cv-00125-LEW |

## JUDGMENT

In accordance with the Order on Motions to Dismiss entered by U.S. District Judge D. Brock Hornby on August 30, 2021, the Order on Motions to Dismiss entered by U.S. District Judge Jon D. Levy on March 18, 2022 and the Order on the Defendants' Motions for Summary Judgment entered by U.S. District Judge Jon D. Levy on May 5, 2024;

Judgment of DISMISSAL is hereby entered as to defendants Officer John/Jane Doe, Jacqueline Pushard, Phillip Pushard, Matthew Pushard, Morgan Small, Gregg Palmer and Gretchen Gardiner;

Judgment of DISMISSAL is hereby entered as to defendants Patrick Healy and Healy Chiropractic, LLC as to Counts VII, VIII, IX, X, XIV and XVI;

Judgment of DISMISSAL is hereby entered as to defendant Samantha Pangburn as to Counts II-III, IV-VI, XI-XIII, XIV-XVI, XVII and XVIII;

Judgment of DISMISSAL is hereby entered as to defendant Brewer School System as to Counts I-III, IV-VI, VIII, IX, XI-XIII, XIV-XVI, XVII, and XVIII;

Judgment is hereby entered for defendants Patrick Healy and Healy Chiropractic LLC and against the plaintiff Libby Hewes on Counts I-III, IV-VI, XI-XIII, XV and XVII;

Judgment is hereby entered for defendant Samantha Pangburn and against plaintiff Libby Hewes on Count I; and

Judgment is hereby entered for defendant Brewer School System and against plaintiff Libby Hewes on Counts VII and X.

                                                   CHRISTA K. BERRY, CLERK


                                                   by: /s/Julie W. Rodrigue
                                                       Deputy Clerk

Dated this 22nd day of August, 2024.